UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HECTOR RODRIGUEZ, MANUEL ROBERTS, ARMA BAILEY, KATHY LIRIANO, JOHN MILAS, CLAUDIA CORT, FERMINA SOTO, MARSHALL LEE, and LINDA CARASQUILLO,<br><br>        Plaintiffs,<br><br> -Against-<br><br>BETSY DeVOS, in her capacity as Secretary of the Department of Education; STEVEN MNUCHIN, in his capacity as Secretary of the Department of Treasury; JEFF SESSIONS, in his capacity as Attorney General of the United States; and NANCY BERRYHILL, in her capacity as Acting Commissioner of the Social Security Administration,<br><br>        Defendants. | Case Nos. 16-cv-05476 and 17-cv-01778<br><br>(Garaufis, J.)<br><br>(Reyes, Jr., M.J.)<br><br>**STIPULATION AND DISMISSAL WITH PREJUDICE** |

  IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned actions that:

1. This action shall be dismissed with prejudice, with each party to bear its own costs, expenses, and fees.

2. The Clerk of the Court is directed to enter judgment accordingly.

Dated: Brooklyn, New York
   May 28, 2019

              Brooklyn Legal Services
              105 Court Street
              Brooklyn, New York 11201

          By: __/s/Johnson M. Tyler_____
             JOHNSON M. TYLER
             DANIEL BARKLEY
             *Counsel for the Plaintiffs*

Dated: Brooklyn, New York  
       May 28, 2019

RICHARD P. DONOGHUE  
United States Attorney  
Eastern District of New York  
*Attorney for Defendants*  
271 Cadman Plaza East  
Brooklyn, New York 11201

By: __ /s/ *Matthew J. Mailloux*__  
    MATTHEW J. MAILLOUX  
    Assistant U.S. Attorney  
    (718) 254-6176  
    matthew.mailloux@usdoj.gov

SO ORDERED this

____ day of _____, 2019

_____  
HONORABLE NICHOLAS G. GARAUFIS  
United States District Judge

2